

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

A.H. Farms, LLC, a Texas Limited Liability Corporation, Appellant

No. 06-21-00042-CV      v.

Star Creek Co., a California Corporation, Eric H. Farley, Individually and as the Successor Independent Executor of the Estate of Patricia Farley Hernandez, Deceased, Gary D. Corley, John Henry Skotnik, Successor Independent Executor of the Estate of Efrin Arturo Hernandez, Deceased, and W.M. Davis and Mary H. Davis, Appellees

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CV-20-44563). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellees pay all costs of this appeal.

RENDERED JANUARY 12, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk